UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROBERT CASEY )<br><br>      Plaintiff, )<br><br>vs. )<br><br>KANSAS COUNSELORS, INC. )<br><br>      Defendant, )<br> | Civil Action No.<br>12-CV-1067-JTM-JPO |

## COMPLAINT AND DEMAND FOR JURY TRIAL

ROBERT CASEY ("Plaintiff"), through the undersigned counsel, RAYMOND E. PROBST, JR. alleges the following against KANSAS COUNSELORS, INC., ("Defendant"):

### INTRODUCTION

1.      This is an action for actual and statutory damages brought by plaintiff Robert Casey, an individual consumer, against defendant Kansas Counselors, Inc. for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (hereinafter ''FDCPA'') which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### JURISDICTION

2.      Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1337. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202. Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred here.

PARTIES

3.      Plaintiff, Robert Casey is a consumer, a natural person allegedly obligated to pay any debt, residing in Sedgwick County, in the state of Kansas.

4.      Defendant, Kansas Counselors, Inc. is a corporation engaged in the business of collecting debt in this state with its principal place of business located at 8725 Rosehill Road, Suite 415, Lenexa, Kansas  66215..  The principal purpose of Defendant is the collection of debts in this state and Defendant regularly attempts to collect debts alleged to be due another. Defendatn may be served through its registered agent:  William A. Lucas, 100 N. Main Street, Suite 700, Wichita, Kansas  67202.

5.      Defendant is engaged in the collection of debts from consumers using the mail and telephone.  Defendant regularly attempts to collect consumer debts alleged to be due to another.  Defendant is a ''debt collector'' as defined by the FDCPA, 15 U.S.C. § 1692a(6).

FACTUAL ALLEGATIONS

6.      Upon information and belief, within one year prior to the filing of this complaint, Defendant placed collection calls to Plaintiff, seeking and demanding payment for an alleged consumer debt owed under an account number; namely a utilities debt.

7.      The debt that Defendant is attempting to collect on is an alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment.

8.      Upon information and belief, Defendant began contacting Plaintiff and placing collection calls to Plaintiff in July of 2011.

9.    Upon information and belief, on October 13, 2011 at around 11:30 antemeridian, Defendant lied to or at the very least misled Plaintiff, through false or at the very least misrepresentative statements, threatening to send her to 'processing' if a payment was not made on his alleged debt.

10.    Upon information and belief, to date, Defendant has not commenced litigation against Plaintiff, and does not have the legal standing to do so.

11.    Upon information and belief, Defendant does not have the ability to garnish Plaintiff's wages.

12.    Upon information and belief, Defendant does not have a judgment against Plaintiff.

13.    Defendant utilized unfair and unconscionable means to collect on Plaintiff's alleged debt, by lying to or at the very least misleading Plaintiff.

14.    As a result of the acts alleged above, Plaintiff suffered emotional distress resulting in him feeling stressed.

<u>CLAIM FOR RELIEF</u>

15.    Plaintiff repeats and realleges and incorporates by reference to the foregoing paragraphs.

16.    Defendant violated the FDCPA.  Defendant's violations include, but are not limited to, the following:

    (a) Defendant violated *§1692e(10)* of the FDCPA by using false, deceptive, or misleading representation or means in connection with the collection of Plaintiff's alleged debt; and

    (b) Defendant violated *§1692e(5)* of the FDCPA by threatening to take action that it did not intend to take; and

    (c) Defendant violated *§1692f* of the FDCPA by using unfair or

3

unconscionable means in connection with the collection of an alleged debt; and

    (d) Defendant violated *§1692e(2)(B)* of the FDCPA by falsely representing the services rendered or compensation which may be lawfully received by the Defendant for the collection of the alleged debt; and

    (e) Defendant violated *§1692e(4)* of the FDCPA by giving the representation or implication that nonpayment of any debt will result in the garnishment of the wages of Plaintiff, without intending to take said action.

17.    Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

18.    As a result of the foregoing violations of the FDCPA, Defendant is liable to the plaintiff Robert Casey for declaratory judgment that Defendant's conduct violated the FDCPA, actual damages, statutory damages, and costs and attorney fees.

WHEREFORE, Plaintiff respectfully requests that judgment be entered against defendant Kansas Counselors, Inc. for the following:

A.    Declaratory judgment that Defendant's conduct violated the FDCPA.

B.    Actual damages.

C.    Statutory damages pursuant to 15 U.S.C. § 1692k.

D.    Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k.

E.    For such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff ROBERT CASEY demands trial by jury in this action.

4

<u>DESIGNATION OF TRIAL</u>

Plaintiff designates trial to be held at the Wichita Division.

This 29th day of February, 2012.

RESPECTFULLY SUBMITTED

THE PROBST LAW FIRM, P.A.

BY:  _____ /s/ Raymond E. Probst, Jr. _____
     Raymond E. Probst, Jr.
     KS Bar No. 20370
     Attorney for Plaintiff
     827 Armstrong Avenue
     Kansas City, KS  66101
     (913) 281-0699

Of Counsel to:
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, Georgia 30345
(678) 781-1012
alex@fdcpalawyeronline.com